IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO.: 1:10-cv-03120-RPM -KMT

Ryan Nikkel,
  Plaintiff

v.

Portfolio Recovery Associates, LLC,
  Defendant

_____

**NOTICE OF SETTLEMENT**

_____

  NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and file a Joint Stipulation to Dismiss this matter. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.

             **Respectfully submitted,**

**January 6, 2011**       **/s/ Craig Ehrlich**
             **Craig Ehrlich**
             **Attorney for Plaintiff**

Filed electronically on this 6th day of January, 2011, with:

United States District Court CM/ECF system


By: s/Jessica DeCandia
     Jessica DeCandia