**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:10-cv-03120-RPM -KMT**

Ryan Nikkel,
    Plaintiffs

v.

Portfolio Recovery Associates, LLC,
    Defendant

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Colorado, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

          **Respectfully submitted,**

February 9, 2011        **/s/ Craig Ehrlich**
                          **Craig Ehrlich
Weisberg & Meyers LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
Telephone: (602) 445 9819
Cehrilch@AttorneysForConsumers.com**

Filed electronically on this 9th day of February, 2011, with:

United States District Court CM/ECF system


By: s/Jessica DeCandia
    Jessica DeCandia